FILED ____ LODGED
____ RECEIVED
Jun 25, 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN A. NOICE,

    Defendant.

NO. 3:25-cr-05162

INFORMATION
(Misdemeanor)

The United States Attorney charges that:

## COUNT I
(Assault)

On or about May 6, 2025, within Olympic National Park, within the Western District of Washington and within the exclusive jurisdiction of the United States, JORDAN A. NOICE did assault M.P., by striking, beating, or wounding.

All in violation of 18 U.S.C. §§ 7 and 113(a)(4).

## COUNT II
(Reckless Endangerment)

On or about May 6, 2025, within Olympic National Park, within the Western District of Washington and within the exclusive jurisdiction of the United States, JORDAN A. NOICE did recklessly engage in conduct that created a substantial risk of death or serious physical injury to M.P.

INFORMATION/JORDAN A. NOICE - 1
(2025)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 9A.36.050.

3  DATED this 25th day of June, 2025.

                                      TEAL LUTHY MILLER
                                      Acting United States Attorney

                                      */s/ Sandra S. Bostic*
                                      SANDRA S. BOSTIC
                                      Assistant United States Attorney

INFORMATION/JORDAN A. NOICE - 2
(2025)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970