FILED ____ LODGED ____ RECEIVED

AUG 11 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN A. NOICE,<br><br>Defendant. | NO. CR25-5162<br><br>SUPERSEDING INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

On or about May 6, 2025, within Olympic National Park, within the Western District of Washington and within the exclusive jurisdiction of the United States, JORDAN A. NOICE with intent to cause public alarm, nuisance, jeopardy or violence, did engage in fighting or threatening, or in violent behavior.

All in violation of 18 U.S.C. § 7, and 36 C.F.R. § 2.34.

DATED this 11th day of August, 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*Sandra S. Bostic*
SANDRA S. BOSTIC
Assistant United States Attorney

SUPERSEDING INFORMATION/JORDAN A. NOICE - 1
(CR25-5162)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970